**IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
MISSOURI EASTERN DIVISION**

| | |
|---|---|
| ST. LOUIS HEART CENTER, INC., | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case 4:15-CV-01215-AGF |
| | ) |
| ATHENAHEALTH, INC. and | ) |
| JOHN DOES 1-10, | ) |
| | ) |
| *Defendants.* | ) |

**JOINT STIPULATION OF DISMISSAL**

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties, pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant ATHENAHEALTH, INC. **with prejudice** and without costs, and the dismissal of any claims of any putative class member against Defendant ATHENAHEALTH, INC. **without prejudice** and without costs, and that the claims against JOHN DOES 1-10 are dismissed **without prejudice** and without costs.  No notice needs to be issued to the putative class under Rule 23 because there has been no finding that this action can proceed as a class action and no class has been certified.  Each party shall bear their own costs.

**SO ORDERED:**

DATED:  March 23, 2018
_____

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

1

SO STIPULATED:

| ST. LOUIS HEART CENTER, INC. | ATHENAHEALTH, INC. |
|---|---|

*/s/ Max G. Margulis*
Max G. Margulis #243235MO
MARGULIS LAW GROUP
28 Old Belle Monte Rd.
Chesterfield, MO 63017
Tel. (636) 536-7022 (residential)
Fax. (636) 536-6652 (residential)
MaxMargulis@marguislaw.com

Brian J. Wanca #3216474IL
Ryan M. Kelly #6257931IL
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Tel. (847) 368-1500
Fax. (847) 368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com

*Attorneys for Plaintiff*

*/s/ Patrick T. McLaughlin*
Patrick T. McLaughlin #48633MO
Gerald P. Greiman #26668MO
Ryan C. Hardy #62926MO
SPENCER FANE LLP
1 North Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Tel. (314) 863-7733
Fax. (314) 862-4656
pmclaughlin@spencerfane.com
ggreiman@spencerfane.com
rhardy@spencerfane.com

Douglas H. Meal #340971MA
Mark P. Szpak #546261MA
Daniel M. Routh #676912MA
ROPES & GRAY LLP
Prudential Tower 800 Boylston Street
Boston, Massachusetts 02199
Tel. (617) 951-7000
Fax. (617) 951-7050
douglas.meal@ropesgray.com
mark.szpak@ropesgray.com
daniel.routh@ropesgray.com

*Attorneys for Defendant*